| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) JACKSON, Raymond A. | 2. Court or Organization United States District Court Eastern District of Virginia | 3. Date of Report 05/14/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial **XX** Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 01/01/06 – 12/31/06 |

| 7. Chambers or Office Address Walter E. Hoffman US Courthouse 600 Granby Street Ste. #183 Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION             NAME OF ORGANIZATION/ENTITY

[X]    NONE (No reportable positions.)

1 _____    _____

2 _____    _____

3 _____    _____

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE             PARTIES AND TERMS

[X]    NONE (No reportable agreements.)

1 _____    _____

2 _____    _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE         SOURCE AND TYPE         INCOME

### A. Filer's Non-Investment Income

[X]    NONE (No reportable non-investment income.)

1 _____    _____    $_____

2 _____    _____    $_____

3 _____    _____    $_____

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X]    NONE (No reportable non-investment income.)

1 _____    _____

2 _____    _____

FINANCIAL DISCLOSURE OFFICE RECEIVED 2007 MAY 29 A 10: 52

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JACKSON, Raymond A. | 05/14/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | NONE  (No such reportable reimbursements.) | |

1

2 _____          _____

3

4 _____          _____

5 _____          _____

6 _____          _____

7 _____          _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | NONE  (No such reportable gifts.) | | |

1                                                                    $

2 _____          _____          $

3 _____          _____          $

4 _____          _____          $

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE  (No reportable liabilities.) | | |
| 1 | Pentagon Federal Credit Union | Credit Card | J |
| 2 | Princeton University | Loan | K |
| 3 | USAA ███ | Credit Card | J |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
              N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
              P2=$5,000,001-$25,000,000      P3=$25,000,001-50,000,000      P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **X** **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JACKSON, Raymond A. | 05/14/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

N/A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I furth████████████████████████████████onoraria and the acceptance of gifts which have been reported are in complian███████████████████████████████████7353 and Judicial Conference regulations.

Signatu██████████████████████████████

NOTE████████████████████████████████ TO FILE THIS REPORT MAY BE
SUBJ█████████████████████████ § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544